**DISMISS; and Opinion Filed April 2, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01430-CV

### IN THE INTEREST OF E.M.W. AND K.D.W., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-05002**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

The clerk's record in this case is past due. By letter dated January 28, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Ken Molberg/
KEN MOLBERG
JUSTICE

181430F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF E.M.W. AND
K.D.W., CHILDREN

No. 05-18-01430-CV

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-18-05002.
Opinion delivered by Justice Molberg.
Justices Whitehill and Reichek
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FABIOLA E. WILLIAMS recover her costs of this appeal from appellant KORII D. WILLIAMS.

Judgment entered this 2nd day of April, 2019.